THE STATE, EX REL. GEORGE W. DECKER, RELATOR, DE-
FENDANT IN ERROR, v. PHILIP J. DAUDT, PLAINTIFF
IN ERROR.

On error to the Supreme Court.

PER CURIAM.

The judgment is affirmed, for the reasons stated in Bum-
sted *v.* Henry, just cited.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDEN-
BURGH, VROOM, GREEN, GRAY, DILL, J.J. 12.

*For reversal*—None.